UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:19CR-00206 |
|---|---|---|
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| JASON ANDREW PATTISON | ) | |

Leave of Court is hereby granted for the dismissal of the Indictment in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: September 19, 2019

Frank D. Whitney
Chief United States District Judge